IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:19-CR-508 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL DESHAUN MOORE, | ) | |
| | ) | |
| | ) | UNOPPOSED MOTION TO CONTINUE |
| Defendant. | ) | SENTENCING |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Christopher J. Joyce, Assistant United States Attorney, and respectfully requests that this Honorable Court grant a 45 day continuance of the sentencing hearing currently scheduled for February 25, 2020.

This motion has be discussed with Counsel for the Defendant, Jeffrey Lazarus, and he does not oppose.  Rather, the parties agree that this motion is being made in the interest of justice.

Finally, the parties agree that granting this motion would not result in any prejudice to the defendant.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:     /s/ Christopher J. Joyce

Christopher J. Joyce (OH: 0086576)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0521
(330) 375-5492 (facsimile)
Christopher.Joyce@usdoj.gov